AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Baker Hughes Oilfield Operations Inc <br> *Plaintiff* <br> v. <br> Pollister Drilling Corporation <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 4:17cv0044 <br> ) <br> ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 03/23/2017.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 08/15/2017

CLERK OF COURT

M. Mapp

*Signature of Clerk or Deputy Clerk*

United States District Court
Southern District of Texas
**ENTERED**
March 23, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAKER HUGHES OILFIELD OPERATIONS, INC., | § § § § | |
| Plaintiff, | § § | |
| vs. | § § § | CIVIL ACTION NO. 4:17-cv-00044 |
| POLLISTER DRILLING CORPORATION, | § § § § | |
| Defendant. | § | |

## DEFAULT JUDGMENT

On ___March 23___, 2017, the Court considered the Motion for Default Judgment of Plaintiff, Baker Hughes Oilfield Operation, Inc., against Defendant, Pollister Drilling Corporation. Based upon the pleadings, motions, affidavits, and exhibits, the Court determines that Plaintiff, Baker Hughes Oilfield Operations, Inc., filed suit against Defendant, Pollister Drilling Corporation, on January 9, 2017. Pollister Drilling Corporation was properly served with summons and a copy of the complaint on January 31, 2017. A signed return of service of process was filed with the Court on February 16, 2017. Pollister Drilling Corporation's answer was due on or before February 21, 2017, but Pollister Drilling Corporation did not answer, appear, or otherwise defend this suit. Because Pollister Drilling Corporation is s corporate entity, it is not a minor, an incompetent person, or in the

393762v.1 B075/00439

1

TRUE COPY I CERTIFY
ATTEST: 8/15/17
DAVID J. BRADLEY, Clerk of Court
Deputy Clerk

military service. As a consequence, the Court renders judgment for Plaintiff, Baker Hughes Oilfield Operations, Inc.

1. Therefore, the Court ORDERS that Plaintiff, Baker Hughes Oilfield Operations, Inc., recover the sum of $100,466.47 and its court costs from Defendant, Pollister Drilling Corporation.

2. The Court additionally ORDERS Defendant, Pollister Drilling Corporation, to pay Plaintiff, Baker Hughes Oilfield Operations, Inc., $10,000.00 for attorney's fees and costs.

3. Post-judgment interest is PAYABLE on all of the above amounts in accordance with the Final Arbitration Award at the rate of 7% per annum, from the date this judgment is entered until the date this judgment is paid.

4. The Court DENIES all relief not granted in this judgment.

5. This is a FINAL JUDGMENT.

SIGNED ON 23rd day of March, 2017.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM:**
CRADY, JEWETT & MCCULLEY, LLP

By: */s/ William R. Sudela*
    William R. Sudela
    State Bar No. 19463300
    wsudela@cjmlaw.com
    J. Daniel Long
    State Bar No. 24036985
    dlong@cjmlaw.com
    Elizabeth A. Harris
    State Bar No. 24074367
    eharris@cjmlaw.com
    Kendall V. Speer
    State Bar No. 24077954
    kspeer@cjmlaw.com
    Andrea Levy
    State Bar No. 24102086
    alevy@cjmlaw.com
    2727 Allen Parkway, Suite 1700
    Houston, Texas 77019-2125
    Telephone: (713) 739-7007
    Facsimile: (713) 739-8403

ATTORNEYS FOR PLAINTIFF,
BAKER HUGHES OILFIELD
OPERATIONS, INC.